UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TAYLOR, et al.,<br><br>      Plaintiff,<br><br>vs.<br><br>NORM KRAMER, et al.,<br><br>      Defendants. | 1:14-cv-00939-GSA-PC<br><br>ORDER GRANTING PLAINTIFFS' APPLICATIONS TO PROCEED IN FORMA PAUPERIS<br>(Docs. 2 through 17.) |

Plaintiffs, Jason Taylor, John S. Garibay, Everett Kite, Oscar Marshall, Alfonson Mouzon, Khanh Nguyen, Jaffar Oliver, Carlos Paniagua, Billy Ray Redding, Edward Ronje, Jorge L. Rubio, Dennis Sharkey, Manuel Stell, Frank Sumahit, Andrew Warren, and Anthony Weathington (collectively, "Plaintiffs"), are civil detainees proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiffs filed the Complaint commencing this action on June 18, 2014.  (Doc. 1.)

Plaintiffs each filed an application to proceed in forma pauperis.  (Docs. 2-17.)  Examination of these documents reveals that Plaintiffs are unable to afford the costs of this action.  Accordingly, the applications to proceed in forma pauperis are GRANTED.

IT IS SO ORDERED.

Dated:   **July 9, 2014**                    **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE